THE PSALM 8:1...9 THE 2ND CHRONICLES 35:21...THE PSALM 38:22
119:29...30 Amen 40:13
THE JEWS UNITED STATES DISTRICT COURT THE PSALM...15 70:15
FOR THE EASTERN DISTRICT OF OKLAHOMA FILED ISAIAH 45:3...6 Amen 7 8

THE ACT 9:5 = 22:7...8...12...15

**FILED**

MAR 14 2022

PATRICK KEANEY
Clerk, U.S. District Court

BIRDELLA LOVE RAHHAL, Plaintiff(s)
(Full Name) BUGGS

By _____

Case No. 22-cv-81-KEW
(To be supplied by the Clerk)

Amen 9

v.

THE EAST CENTRAL ELECTRIC, the Defendant(s)
LIGHT CO.
THE OKMULGEE OK 7447 say

**COMPLAINT**

THE ST. JOHN 8:13-14...15
:10: 10:10...32...36 Amen 47 52 Amen

THE PSALM 23:1...6 = 19:1...14 Amen

A.  **PARTIES**

THE PERSONS

1) BIRDELLA LOVE RAHHAL is a citizen of THE OKEMAH U.S. JEW OK
Amen THE (Plaintiff) BUGGS THEIR JEW (State) 74859

who presently resides at 100126 N. 3690 RD say, BOLEY OK. 74829
(mailing address, if different from residence) THE MAIL ROUTE FROM PADEN RAM 74860

2) the Defendant Jim Smith THE MANGER is a citizen of
Tim or (Name of first defendant)
(City, State) OK , and is employed
as THE U.S. Town of say, Okmulgee... OKLAHOME THE EZEKIEL 20:33
Amen (Position and title, if any)
Amen...THE HEBREW THE GENESIS 1:1...4...5...8...10...11...16...19...20...22...23...26
JEW 2:1...2 = 3...4 Amen
THE PROVERBS
1:16

3) the Defendant Gary Baker THE 2 CHRONICLE 24:18 THE EZRA 9:6 = 2
(Name of second defendant) = Southern? U.n. THE ST. JOHN 8:44...45 Amen
(City, State) ? ? ? , and is employed
THE OF GOD...GIVEN JEWS PROPERTY...Amen
as THE TROUBLE TRESPASS 6:1 THE 2ND CHRONICLE 21:3 = THE NUMBERS 5:6
(Position and title, if any) THE LEVITICUS 7:1 Amen
10:45...46 THE ST. MATTHEW 7:15
13:1...3...38 6:32...34 Amen
15:32
THE DEUTERONOMY 19:14 = 27:8...9...10 = 17 Amen.

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

THE EXODUS Amen...THE EXODUS 4:22 = THE LEVITICUS 25:42
24:17 Amen 33:2 19:1...8... 26:1...2...3...4 55
THE EXODUS 20:1...12 THE NUMBERS THERE YE THANK
21:6,8...9 3:48...49...50 All Things
THE JOSHUA 18 Amen

THE JOYS TO HEAR From Tuat...ye A.S.A.P = THE LOVE YE ALL FOR CORNER...All Things

(05/05)

(1) THE EXODUS 22:12... THE 08/31/22:12
116:11 AMEN U.n. 48:5

THE
ESTHER 9:1...

B. **THE JURISDICTION** THE ISAIAH 5:19 = 60:22

1) THE Jurisdiction is asserted pursuant to "... MOVE OR PRISON all races OUTS OF OUR US Honl JEWs Country SO WE JEWs... Will LIVES to iNJOY seeing each OTHERs

THE PROVERBS 10:3...4... 6...7...8 CREATE

C. **NATURE OF CASE** = Will THY... JUSTICE... MAKE HASTE TO GET THE WORK DONE

1) Briefly state the background of your case. WANTs All races iN their Country= all These dead Folks houses burned, Lights Pole out Now unNecessary Pole OUT = Whys did THE US JEW GOVT LET OTHER races iN OUR country To do What they races Wants to do. Each to OWNs races County = Too many roads Too much TRAFFIC Cause Hard HATE WORK ON THE US JEW

D. **CAUSE OF ACTION** ...LAW 1N FORCE = OUT Now races

I allege the following: THE ACTs 10:1, 28 Amen. Now races AMEN

THE 1948 — 1952 FOREVER AMEN

1: "Know Who is OUR US SHERIFF FOR OKLAHOME Whys THE LAW.. Sheriff answer FOR OKEMAH OK 74859 also NEEDs ABLE FAST Respond HEIPER = JEWS HEIPERS FOR All WORK = NOTs U.n. races AMEN

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

THE EAST CENTRAL LIGHT CO 03...01... 2022 appeared in On MY GOD GIVEN PROPERTY With out a RIGHT + OURs A WhITE N. AFRICAN Which is EVILs WRONGs

2: WONT it STOPs Now! + OTHER races = ECAU = iNdian All OUTs OF OUR US JEWS Country = NO RESPECTs FOR BIRDELLA Because it None their For THEMSelf = races OXO=O Why havent Who says his names is? Baby Paul hunt been PRISON

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

THE TRESPASS Coming on my PROPERTY Wrongs FOR Whats reason? WRONGs donT HAVE NAYs RIGHT ALOTs OF UnNECESSArys Troubles NEEDs All JEWs HEIPs TO STOP Now NOTs Tommorrows AMEN

3. THE PROVERB 4:1... 5... 7...10...13...18 = 19 = 20...23...24 u.n. AMEN
5:7,15...18 = 20...22.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

The White N. African Folks? the Pharoah Wife a Foriegner THE EZEKIEL 30:5 Amen Iln = THE WEST Side OF JORDAN RIVER Where THE evenings sun got Amen

THE JOSHUA 13:33 AMEN THE GENESIS 29:1, 31...33 AMEN AMEN

THE NUMBER 35:10,14 DEUTERONOMY 1:5 = 2:20 (05/05)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

**E.** **REQUEST FOR RELIEF**

I believe that I am entitled to the following relief:

Current Address: _____

Telephone: _____

Original Signature of Plaintiff